UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-150-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| WALTER JAMES BROWN, II | |

On motion of the defendant, Walter James Brown, II, and for good cause shown, it is hereby ORDERED that the **[DE 37]** be sealed until further notice by this Court.

SO ORDERED. This 16 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge