UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-150-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER JAMES BROWN, II | ORDER TO SEAL |

On motion of the Defendant, Walter James Brown, II, and for good cause shown, it is hereby ORDERED that **DE 83** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __15__ day of September, 2021.

JAMES C. DEVER III
United States District Judge